RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE _____3/11/10_____
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

WILL JILES                                         CIVIL ACTION NO.  09-0392

VERSUS                                             JUDGE ROBERT G. JAMES

MICHAEL J. ASTRUE,                                 MAG. JUDGE KAREN L. HAYES
COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION

## JUDGMENT

For the reasons contained in the Report and Recommendation of Magistrate Judge Hayes

previously filed herein [Doc. No. 16], to the extent adopted, and the Court's foregoing Ruling,

and noting the absence of objections to the Report and Recommendation in the record,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's complaint is

DISMISSED WITH PREJUDICE for failure to comply with Court orders under Federal Rule of

Civil Procedure 41(b).

MONROE, LOUISIANA, this ___11___ day of March, 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE